# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| JERROD A. WILSON | : | DOCKET NO. 2:03-cv-739 |
| --- | --- | --- |
| | | Section P |
| VS. | : | JUDGE TRIMBLE |
| WARDEN, LOUISIANA STATE PENITENTIARY | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is a "Request for Documents" [doc. 43] filed by *pro se* petitioner, Jerrod A. Wilson. By this motion, the petitioner seeks to have the court provide him with copies of certain court documents at no expense to him. Specifically he seeks copies 16 documents plus exhibits from the record. The documents have a combined total of 56 pages, not including the exhibits. This is the petitioner's second motion for free coopies. The corut previously informed petitioner that he has no constitutional right to free copies.[1]

Accordingly,

IT IS ORDERED that this motion be DENIED to the extent that petitioner seeks free copies.

If petitioner wishes to receive copies of these documents, he should forward $28 and a letter requesting copies of the documents identified in his motion to the Clerk of Court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, January 8, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Doc. 41.